## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

## STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                    Case Number 05-14704 GMB

Debtor: Richard H.McElroy, Jr.

| Check Number | Creditor | Amount |
|---|---|---|
| 1727863 | Richard H. McElroy, Jr. | 2923.63 |

/s/ Isabel C. Balboa

Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:   May 10, 2011